# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2016

150882

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CYNTHIA HARDY, Personal Representative of
the Estate of MARGARET MARIE ROUSH,
            Plaintiff-Appellee,

v

LAURELS OF CARSON CITY, L.L.C.,
            Defendant-Appellant.

SC: 150882
COA: 317406
Montcalm CC: 2012-016830-CZ

_____/

On April 7, 2016, the Court heard oral argument on the application for leave to appeal the December 11, 2014 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2016 _____            _____

p0503                                                    Clerk